UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Riza Cater**, | ) |
|             Plaintiff, | ) Case No. 1:08-cv-879 |
| v. | ) Hon. Robert Holmes Bell |
| **Collectcorp Corporation,** a Delaware corporation, | ) |
|             Defendant. | ) |

### Stipulation to Dismissal

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff Riza Cater, through her attorney of record, and defendant Collectcorp Corporation, through its attorney of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice, and without costs to any party.

Dated: October 13, 2008

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
Consumerlawyer@aol.com

Dated: October 13, 2008

/s/ Steven A. Siman
Steven A. Siman (P20480)
Steven A. Siman, P.C.
Attorney for Defendant
3250 W. Big Beaver, Suite 344
Troy, Michigan 48084-2902
(248) 643-4700
sas@simanlaw.net