UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Riza Cater**, | ) |
| | ) Case No. 1:08-cv-879 |
| Plaintiff, | ) |
| | ) Hon. Robert Holmes Bell |
| v. | ) |
| | ) |
| **Collectcorp Corporation,** | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**ORDER OF DISMISSAL**

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and without costs.

Therefore, **IT IS HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE as to all parties and without costs.

**DONE AND ORDERED** this 14 day of October, 2008.

/s/ Robert Holmes Bell
_____
Robert Holmes Bell
U.S. District Judge